AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PATRICIA B. WEBSTER, Individually and as Trustee and WILLIAM L. THORP REVOCABLE TRUST, ) ) ) Plaintiffs, ) ) v. ) ) ) AMERITAS INVESTMENT CORPORATION, ) AMERITAS HOLDING COMPANY, ) AMERITAS LIFE INSURANCE CORPORATION, ) STEWART S. KING, and UNIFI MUTUAL ) HOLDING COMPANY, ) ) Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:11-CV-193-D** |

**Decision by the Court.**

     IT IS ORDERED AND ADJUDGED that in accordance with the court's order entered on September 19, 2012, the court GRANTS in part and DENIES in part defendants' motion to dismiss, the court DISMISSES in part claims one and two, and DISMISSES claims five, six and twelve; and, in accordance with the court's order entered on September 30, 2014, the court GRANTS summary judgment to defendants UNIFI AND AHC and DISMISSES them as defendants and GRANTS summary judgment for the remaining defendants on all claims.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 30, 2014**, AND A COPY MAILED TO:

Michael A. Ostrander (via CM/ECF Notice of Electronic Filing)
Howard Clay Hodges, Jr. (via CM/ECF Notice of Electronic Filing)
David P. Ferrell (via CM/ECF Notice of Electronic Filing)
Kevin Alan Rust (via CM/ECF Notice of Electronic Filing)
David S. Coats (via CM/ECF Notice of Electronic Filing)
John Thomas Crook (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| September 30, 2014<br>Date | JULIE A. RICHARDS, Clerk<br>*Eastern District of North Carolina* |
| | /s/ Susan W. Tripp |
| *New Bern, North Carolina* | *(By) Deputy Clerk* |